Good morning, Your Honors. I would please the Court to reach serene on behalf of R.T. PARMAR. This issue in this matter pertains to the due process of my client getting a fair hearing. The central aspect of any hearing is that an immigration judge, and in this patient, he had a demeaning tone, a negative predisposition towards my client. He used the wrong law. He used and twisted her words. And on top of that, he misquoted what the State Department of the United States had alleged in its country condition reports for India. All these factors made it impossible for my client to have a fair hearing. We are my client can have a fair hearing before a neutral judge and present her case for her well-founded fear of returning to India. JUSTICE ALITO Mr. Saran? MR. SARAN Yes, Your Honor. JUSTICE ALITO One of the things that concerns me the most on the prejudice inquiry here is the point during the immigration hearing where your client was being cross-examined regarding the inconsistencies between her statements in the asylum application, which she had, I guess, made about ten corrections to before the hearing, and her actual testimony at the hearing, which appeared to me to be completely the opposite. What are we to do with what appears to be an inconsistency that goes to the heart of her claim for asylum, where she was given an opportunity to explain the inconsistency and, according to the record, simply broke down? MR. SARAN Your Honor, thank you very much for giving me an opportunity to address that issue. She broke down because of the hostile and the demeaning behavior of the judge. JUSTICE ALITO But that still doesn't answer the inconsistency. MR. SARAN I'm going to answer it. It wasn't an inconsistency. At the time JUSTICE ALITO Why was it not inconsistent? MR. SARAN Because at the time of her interview, she explained to the asylum officer, at the time of her interview, she made the changes. It wasn't her father. It was her brother. Her application states her father had died. That was a typographical mistake made by my office. She corrected that at the asylum office. She began her hearing stating, she began a hearing on direct. JUSTICE ALITO But did she sign her application with the asylum officer? MR. SARAN Yes, Your Honor, with the asylum officer, with the changes. And she began her JUSTICE ALITO No longer let me finish my question. MR. SARAN I'm sorry. JUSTICE ALITO  MR. SARAN Do you want to hear what I want to ask? JUSTICE ALITO Yes, Your Honor. MR. SARAN Did she sign the hearing as originally prepared by your office? JUSTICE ALITO Yes. MR. SARAN No. JUSTICE ALITO Yes. MR. SARAN Okay. MR. SARAN She had not been able to read it? JUSTICE ALITO Yes. MR. SARAN  JUSTICE ALITO Yes. MR. SARAN And then after she had signed and submitted, and then before the hearing, she made some changes to it? JUSTICE ALITO At the asylum office. MR. SARAN Is that a yes or a no? JUSTICE ALITO Yes. MR. SARAN Okay. Why can't the IJA look at the fact that she made a statement under oath on the penalty of perjury, with the advice of counsel, and then later changed it? Why is it not something that the IJA can take into account, if I am not wrong? JUSTICE ALITO       MR. SARAN Okay. MR. SARAN It was her father. MR. SARAN Okay. MR. SARAN Okay. MR. SARAN Okay. MR. SARAN That's it. MR. SARAN Okay. MR. SARAN And then she had a different opinion. MR. SARAN And did she change it?    No, she didn't.          All right. MR. SARAN Okay. MR. SARAN Okay. MR. SARAN Well, I have to go back to you about the IJA. MR. SARAN Okay.  I mean, I don't find that to be an inconsistency. When she goes ahead and changes something that she said initially, I mean, under oath, that's a way to find out truth. What's the matter with that? MR. SARAN There's nothing wrong with that, as long as she's given an opportunity to respond. MR. SARAN She did respond, and she nevertheless didn't accept her explanation. Does the IJA have to accept her explanation?       And she didn't respond. MR. SARAN Okay. MR. SARAN And she didn't respond. MR. SARAN Okay. MR. SARAN The IJA doesn't have to accept her explanation.  The IJA has to accept her explanation. I don't understand. I should give her explanation. But does IJA the IJA chose not to accept it. Does he have to accept the explanation? MR. SARAN The IJA has to accept a reasonable explanation. If he feels it's not reasonable, and he's a fair-minded individual, he can make his own determination on the record if he believes she is lying. Well, he did. In this case, he did decide she was lying. He believed, as she began the hearing, from the start of the hearing, he had no interest in listening to her case. Did he say that? Did he say, I have no interest in listening to your case? By his behavior. Is that a yes? Is that a yes or a no? By his behavior, yes, Your Honor. Did he say, I'm not interested in listening to your case? No, he never ever said that. Okay. So this is your characterization. It's his conduct, the way he said he's not interested in her testimony at all. He wants corroborative proof, which is not the law of the circuit or the law under 8 CFR or under the law of the BIA. He said he didn't care what she said. He had no interest in her statements. How do you begin a hearing? He said, I have no interest in her statements? No. I think it would be useful for you not to attribute things to him as having said them, if he hasn't said them. Can I quote him exactly? Sure. That's always useful. Thank you. I'm not about, it's on transcript 00185, Your Honor. Go ahead. I'm not about to accept it just because you say so and she says so. That's not how our immigration court evidence is proven. Somebody claims and out of the whole claim and all of a sudden it's true. Those are his exact words. Okay. Wasn't he pressing you at that point for a specific page citation to the country report so that he could read what it was that you were urging him to conclude? What was, Your Honor, in response to your question over there was his misunderstanding of the country conditions. He wanted the exact corroboration of what she was saying, that basically by marrying an African-American man it should be in the country conditions, stating that that is why she's going to be persecuted. He wanted the exact words and exact allegations she was making exactly in the country conditions. Well, he was asking for a citation to where in the report it said that. And I guess your response is that nowhere in the report does it expressly say that. Well, we were trying to say that the purpose of the country condition report is to give a corroboration of general country conditions, not specific acts. That's what the law states and that's what the circuit has held. Since you've raised the issue of the caste issue, can you explain to me why was it not inconsistent where apparently at one point she took the position that her family was upset with her because she'd married a black man out of caste, but then at the hearing both you and she insisted at several points that that was not a basis for her claim for asylum. Why is that not another inconsistency that the IJ could properly consider in finding her not credible? Thank you very much, Anna. She never interjected race. She said an African-American man she married. What she was trying to emphasize was she has no choice under the caste system to marry. The marriage has to be arranged. The judge interjected race. He used the word black man 42 times. He interjected race into this issue. She didn't. Our issue was that she was being socially ostracized due to the caste system because her marriage had to be arranged by the elder male family. She had no chance, and that's what she tried to state to the judge, that she had an independent choice which was not accepted by her family, and her family was going to penalize her and take punitive action. That would be her brother against her, Your Honor. I'd like to keep the remainder of my time, if I may, for rebuttal. Okay. Thank you very much. May it please the Court. My name is Jennifer Lightbody, and I represent the Respondent, the Attorney General. The Petitioner has had her request for asylum reviewed three times by an asylum officer, an immigration judge, and the Board. Each denied her request for relief. On review, Ms. Farmer has failed to demonstrate that the record compels a contrary conclusion. She's also failed to show that the hearing before the immigration judge was fundamentally unfair. With respect to her claim for asylum, as she admitted, the crux of her claim was based on her conversion to Christianity at administrative record page 70. And, indeed, that's what the Board in this case focused on. As I cited in our 28J letter, the Court has recently held an in the long that whether a person with a well-founded fear of future persecution, which is the only basis of her claim for asylum here, whether it's an individualized risk or a pattern or practice, one's testimony, if credible, may be enough to show a subjective fear, but it's insufficient to show the objective basis. And in order to reach the objective basis, they must show that their fear is based on credible, direct, and specific evidence of future harm. In this particular case, the Board relied on the country condition reports, which although indicate that there are problems faced by Christians in India, it indicates that the Constitution provides for freedom of religion and faiths enjoy freedom of religion in that country. In addition, it acknowledged that there are problems between Hindus and Christians and that sometimes the government does not effectively counter societal attacks. But it – in looking at that, we can also assume that sometimes the government does, in fact, protect that. And under the law, which specifically addresses, although in Indonesia, Christians facing problems, it specifically says that this Court can rely on country condition reports in finding that there is no pattern in practice. And here, the Board and the immigration judge appropriately relied on the country condition reports, and here on review, the Petitioner has failed to show that it compels the contrary conclusion. The bill leaves open the individual claim that her family – from a family that they will kill her or something of that sort, whether it's from a brother or parents. And does that stay the claim? Well, she – I realize that the IJ found them not credible, but assuming that they were credible. Which is what – and really, this is based on – the Board's decision is based on a sufficiency of the evidence rather than an adverse credibility finding. And what the Board said is that – Well, but they tie into each other, don't they? If we don't believe her story, then there's no threat, and so there's no substantial evidence. That's right, Judge. It could also be that we – the IJ, you know, the trial fact, believes her story, but says that's not prosecution. Or that it's not – it's simply not sufficient. I mean, she – what she says in her case is – Well, let's say she will believe. Let's say that, in fact, she did get a call from – or she did talk to her – one of her relatives, her brother, who said, my parents had to kill you if you come back because you married other faith. And would that be prosecution? If the family had called and heard it? I mean, let's say that were established. Would that amount to prosecution? The answer is it could be. That would be up to the Board to really decide, because that's not what happened in this particular case. She didn't get a call from her brother. She says it was in some – in a letter. And she tried to submit a letter, and the IJ – and appropriately rejected that because it was an improper translation. It wasn't certified, and there were other problems with the translation. So there was allegedly some evidence, but she didn't submit it properly. And so we don't really know for sure. But what her testimony says is that she first says he'll kill me. And then she was asked, well, what did he say? And she responds that the family can't show their face because there was an arranged marriage that did not take place. She married an African-American outside of the caste, and she converted to Christianity. And he did not like that. So he doesn't use – so when she's asked to describe what exactly was said in the letter, he said – So if you want to talk about what you want to talk about and not answer my question. I'm sorry, Your Honor. I thought I was answering the – to answer your question, I didn't get the question. I'm assuming that, in fact, she did get a threat from her family. Okay? I realize that that is in doubt and that the board found against her. But, okay, you're a lawyer. You can make that mental leap, okay? Okay. Can you put yourself in that frame of mind? Yes. Okay. So let's say she gets a threat from her family and says, we're going to kill you because you're married out of your caste. Okay? Are you there? Are you with me? I'm with you, Your Honor. Okay. We're not going to doubt that. Okay. We're not going to argue why she didn't prove it. Right? Right. We're together? Yes. Okay. Is that persecution? Under the law? Yes. I know. Yes. No, I don't know. You know, it's really a – you know, if you don't know, just say, I don't know. And that's – then we'll go on to something else. But don't – okay? Okay. You've got the floor. If I have to give a yes or a no answer? You have to give a yes, no, or I don't know answer. Okay? If you don't know, I don't want you to give a yes or no answer. Do you practice immigration law? Is that your – Yes, sir. Yes, sir. Okay. You're with ICE?  I'm with the Office of Immigration Litigation with the Department of Justice. Oh, Immigration Litigation. So you know. You know, I'm sorry. You know. I mean, we had – yesterday, we had a guy here from the U.S. Attorney's Office who didn't know a thing about immigration, best I could tell. Is this persecution? Is it a threat from a family member that – don't you have to have a government threat? Don't you have to have the unwillingness and inability of a family member? I mean, isn't – aren't there all sorts of aspects to persecution that would not encompass a preface? Are you with me now? I am, Your Honor. Okay. I'm with you. And – Is there any evidence of that in this case? There is no evidence that – Do I have to make the whole argument for you? No, Your Honor. Okay. Absolutely not. The answer to your question is that it does – it depends that whether the threat comes – Well, I'm asking about the threat. I'm asking in general in this case. Then the answer – I'm trying to get past the point of whether we believe her. I'm willing to believe her story that she got – or for purposes of this question, that she, in fact, her family did threaten to her life. Right. Okay? Is there anything else in this case that would make that persecution? That's what I want you to speak at. Would that then become persecution in light of everything else we have in this case?      No. No. No. No. No. No. No. No. No. No. No. No. No. No. No.          We are talking about the persecution in this case. I have nothing more to say about that. In this case. And the reason is because – well, there are a couple of reasons. Number one, as the Court has mentioned, it came from her brother. And there is no evidence that the government is unwilling or unable to protect her from any alleged harm that may come to her if she returns. There's no evidence that she couldn't go to the police or anything like that, so there's nothing in this record as far as you know. As far as I know. Now, she does say there's no evidence, but what she says – well, there's no written evidence that says that, you know, the government won't protect her. What she says is that the government won't protect her because it's a strong Hindu faith and that the Hindus – so we glean from that that the Hindus who have had problems with Christians wouldn't protect her. I think that's what she was trying to say. But as Your Honor has indicated, it's a threat from her brother. It's not a threat by the government. It's not a threat by someone that the government is unwilling or unable to control. And so, therefore, it wouldn't necessarily rise to the level of persecution. But what the Board found, really, is that the threat was speculative because it doesn't really – she doesn't – it's sort of her own general view of what would happen when she says that her brother didn't like the fact that she did all of these things. She married outside of – she didn't marry according to arranged marriage. She married outside of her caste and that she converted to Christianity. And she just says, oh, then he's going to kill me. And the Board says, well, that's speculative. What – you know, there's no additional evidence that she submitted. And indeed, there was this letter that she never even bothered to have properly translated. It was the only evidence that she had available, presumably, that she didn't submit. Thank you. And with respect to the due – Take your minutes. Sit down. Okay. Thank you, Your Honor. You have a minute for a bubble. How much time do you have left? Fifty-three seconds, Your Honor. Four minutes or four minutes. Thank you very much, Your Honor. Can I ask you the same question? Yes, the answer. And I – getting past the question, what evidence is there that this was persecution? This circuit has held, Your Honor. I'm asking you about this record. Excuse me? I'm asking you about this record. This record – What evidence is there that this was any more than a private threat, family by family? No. She has established, Your Honor, that her brother is a member of a Hindu fundamentalist organization which runs the government, which is connected to the leading government of the federal government of India, as well as the government of Maharashtra, where she comes from. He's a member of the RSS. He's a member of Shiv Sena. This court has held, and Farooq v. Ashcroft counsel misstated the law, that there is no exception to the asylum statute for violence from family members if the government is unable or unwilling to control persecution. What proof of that is there in this case? It's on page 000289, and in the country condition reports provided in this matter, Your Honor, it clearly establishes – What does it say? 00289, which is the country condition reports. I'm just asking the court to read the whole U.S. State Department report. On that paragraph, it says there were numerous – it's the last paragraph – there were numerous attacks against Christian communities and Christian missionaries during the year. Do you have any evidence pertaining to your client that the government – if she went and said, I was threatened by my family with death, the government would not protect her? According to this report, it says the government would not protect her because that is the policy of the Hindu government. I'm relying on the report entirely. I'm relying on the general statements of the report to back up my client's contention. There's no evidence – what is your client's contention? My client's contention is that her brothers are fundamentalists and a member of the Indian government, and he will seek her out and kill her. And did she say that the government would protect her? She never said that the Indian government would protect her. Okay. Thank you. Thank you. The cases are submitted.
judges: Kozinski, Tallman, Sandoval